Civil Action No. ~~1:12-cv-00656-~~CMA-KMT

12cv1546

FILED

MAY 2 1 2012

MAY 21, 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

I object to the above Civil Action against IP address: 97.81.107.167, Charter Communications.

To my knowledge someone other than myself has been accessing my Internet do to various issues experienced over the past year with the Internet speeds at home, most noticeably during night time hours. Recently it was brought to my attention that the wireless Internet router which I purchased from a third party was without a security lock or password. This has allowed open access to anyone on my floor with a personal computer. Once they access my router they assume the IP address given to me by my ISP (Internet Service Provider) Charter Communications. Proper precautions have been taken to lock the router with a WEP-2 encrypted password.

Furthermore, I was not involved with the taking of copy written material from the Plaintiff: Sunlust Pictures. I do not know who the party or parties responsible are and do not wish that Charter Communications grant access to my personal information to the Plaintiff: Sunlust Pictures, LLC.

Sincerely,

A Concerned Citizen