# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1546 | **DATE** | 5/24/2012 |
| **CASE TITLE** | Sunlust Pictures, LLC vs. Does 1-75 | | |

**DOCKET ENTRY TEXT**

As the caption and text demonstrate, Sam Soe's motion to dismiss [23] relates to an action pending in the District of Colorado. It is accordingly stricken from this court's docket.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|